# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ROGER REED, individually and on behalf of all others similarly situated, ) ) ) | |
| ) | Civil Action No. 1:14-cv-1701 |
| Plaintiff, ) ) | Judge Patricia A. Gaughan |
| v. ) ) | Magistrate Judge Kenneth S. McHargh |
| NATIONSTAR MORTGAGE LLC, ) ) | |
| Defendant. ) ) | **ELECTRONIC FILING** |

## NATIONSTAR MORTGAGE, LLC'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA

Pursuant to the "first-to-file" rule and 28 U.S.C. § 1404(a), Defendant Nationstar Mortgage, LLC hereby moves this Court for an order transferring this action to the United States District Court for the Northern District of California. The grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities in support thereof and in Opposition to Plaintiff Roger Reed's Motion to Transfer Venue to the Eastern District of Texas, and the Declaration of K. Issac deVyver, including attached exhibits.

Dated: November 21, 2014　　　　　　　By: /s/ K. Issac deVyver
　　　　　　　　　　　　　　　　　　　　　K. Issac deVyver (0072633)
　　　　　　　　　　　　　　　　　　　　　kdevyver@reedsmith.com
　　　　　　　　　　　　　　　　　　　　　REED SMITH LLP
　　　　　　　　　　　　　　　　　　　　　Reed Smith Centre
　　　　　　　　　　　　　　　　　　　　　225 Fifth Avenue, Suite 1200
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219-1886
　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　　　*Nationstar Mortgage LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendant Nationstar Mortgage, LLC's Motion to Transfer Venue to the Northern District of California is being filed on November 21, 2014 using the Court's CM/ECF system, which will send a Notice of Electronic Filing via electronic mail to all counsel of record in this matter.

                                                              /s/ K. Issac deVyver