IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ROGER REED, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NATIONSTAR MORTGAGE LLC, | ) ) |
| Defendant. | ) ) ) |

Civil Action No. 1:14-cv-1701

Judge Patricia A. Gaughan

Magistrate Judge Kenneth S. McHargh

**ELECTRONIC FILING**

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(A)**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**WHEREAS**, plaintiff Roger Reed desires to dismiss his Complaint (the "*Reed* Complaint") in its entirety without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and to become a named plaintiff in an action captioned, *Wright et al. v. Nationstar Mortgage LLC*, 14-cv-10457, pending in the United States District Court for the Northern District of Illinois – Eastern Division before the Hon. Edmond E. Chang (the "*Wright* Action");

**WHEREAS**, following the dismissal of the *Reed* Complaint, without prejudice, Plaintiff Reed, along with other additional plaintiffs will promptly file an amended complaint in the *Wright* Action for the purpose of becoming additional named plaintiffs in the *Wright* Action; and

**WHEREAS**, defendant Nationstar Mortgage, LLC hereby stipulates to such dismissal and to the filing of the first amended complaint in the *Wright* Action;

1

**On the basis of the foregoing, the parties hereby stipulate as follows:**

1. As to plaintiff Roger Reed individually, the *Reed* Complaint is hereby dismissed without prejudice;

2. As to the putative class, the *Reed* Complaint is hereby dismissed without prejudice;

3. Each party to pay their own attorney's fees and costs;

4. Nationstar Mortgage, LLC hereby stipulates to the filing of the first amended complaint in the *Wright* Action by Plaintiff Reed and additional plaintiffs.

Respectfully submitted,

Dated: January 14, 2015

By: /s/ K. Issac deVyver
K. Issac deVyver (0072633)
kdevyver@reedsmith.com
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15219-1886
*Counsel for Defendant*
*Nationstar Mortgage LLC*

Dated: January 14, 2015

s/Jack Landskroner
Jack Landskroner (0059227)
Drew Legando (0084209)
**LANDSKRONER GRIECO MERRIMAN LLC**
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
T. (216) 522-9000
F. (216) 522-9007
E. jack@lgmlegal.com, drew@lgmlegal.com

2

3

                                                         Paul O. Paradis
                                                         Gina M. Tufaro
                                                         **PARADIS LAW GROUP, PLLC**
                                                         570 Seventh Avenue, 20th Floor
                                                         New York, NY 10018
                                                         T. (212) 986-4500
                                                         F. (212) 986-4501
                                                         E. PParadis@hhplawny.com,
                                                         GTufaro@hhplawny.com
                                                         *Counsel for Plaintiff and Class*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation for Dismissal of Entire Action Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A) is being filed on January 14, 2015 using the Court's CM/ECF system, which will send a Notice of Electronic Filing via electronic mail to all counsel of record in this matter.

/s/ K. Issac deVyver