IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ROGER REED, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Civil Action No. 1:14-cv-1701 ) ) Judge Patricia A. Gaughan |
| v. | ) ) |
| NATIONSTAR MORTGAGE LLC, | ) Magistrate Judge Kenneth S. McHargh ) |
| Defendant. | ) ) |
| | ) **ELECTRONIC FILING** |

So Ordered.
/s/ Patricia A. Gaughan
1/15/15

## STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(A)

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**WHEREAS**, plaintiff Roger Reed desires to dismiss his Complaint (the "*Reed* Complaint") in its entirety without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and to become a named plaintiff in an action captioned, *Wright et al. v. Nationstar Mortgage LLC*, 14-cv-10457, pending in the United States District Court for the Northern District of Illinois – Eastern Division before the Hon. Edmond E. Chang (the "*Wright* Action");

**WHEREAS**, following the dismissal of the *Reed* Complaint, without prejudice, Plaintiff Reed, along with other additional plaintiffs will promptly file an amended complaint in the *Wright* Action for the purpose of becoming additional named plaintiffs in the *Wright* Action; and

**WHEREAS**, defendant Nationstar Mortgage, LLC hereby stipulates to such dismissal and to the filing of the first amended complaint in the *Wright* Action;

1